AO 240A

# UNITED STATES DISTRICT COURT

_____District of New Jersey_____

**GAIL E. JOHNSON**
        Plaintiff

V.

**COMMISSIONER OF SOCIAL SECURITY**
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 07-3433 (DRD)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ **GRANTED**, and

   ☒ The clerk is directed to file the complaint, and

   ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ **DENIED**, for the following reasons:

_____
_____
_____

ENTER this 6th day of August, 2007

_____
Signature of Judicial Officer

_____Dickinson R. Debevoise, U.S.S.D.J._____
Name and title of Judicial Officer